UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                             CASE NO. 2:24CR-20005-001

TAJUAN JOHNSON                                                                                                       DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 41) entered in this case and accepts Defendant's plea of guilty to Count 2 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 7th day of June, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE